UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:

**John Wesley Goodwin Jr. and Vernelle Laney Goodwin**
a/k/a Vernelle Laney Montgomery, Vernelle L. Moontgomery
S.S. Nos.: xxx-xx-3379 and xxx-xx-0365
Mailing Address: 14800 Railroad Street, Gibson, NC 28343-

Case No. 11-81395

Debtors.

## NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtors have filed for relief under Chapter 13 of the United States Bankruptcy Code on August 30, 2011.

The filing automatically stays collection and other actions against the Debtors, Debtors' property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtors' proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: September 15, 2011

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s John T. Orcutt
---
John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtors
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
Tel. No. (919) 847-9750

circular.wpt (rev. 5/17/09)

# CH. 13 PLAN - DEBTS SHEET
## (MIDDLE DISTRICT - DESARDI VERSION)

Date: 8/4/11
Lastname-SS#: Goodwin-3379

### RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| | Creditor Name | Sch D # | Description of Collateral |
|---|---|---|---|
| Retain | Scotland County tax | 6 | |
| | | | |
| | | | |
| | | | |
| | | | |

### SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| One Main Finance | 1994 Buick Roadmaster |
| | |
| | |
| | |
| | |

### ARREARAGE CLAIMS

| | Creditor Name | Sch D # | Arrearage Amount | (See †) |
|---|---|---|---|---|
| Retain | Scotland County tax | 6 | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | Citi Mortgage | 3 | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |

### REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| None | None |
| | |
| | |
| | |
| | |

### LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG TERM DEBTS

| | Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | Citi Mortgage | 3 | $508 | N/A | n/a | $508.00 | DOT |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |

### STD - SECURED DEBTS @ FMV

| | Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | Branch Banking & Trust | 1 | | 5.00 | | | Avoid pursuant to 522f |
| | FIA Card Servcies | 4 | | 5.00 | | | Avoid pursuant to 522f |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

### STD - SECURED DEBTS @ 100%

| | Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | BB&T | 2 | $7,998 | 5.00 | $62 | $174.65 | 2007 Dodge Caliber |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

### ATTORNEY FEE (Unpaid part)

| | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $2,800 |

### SECURED TAXES

| | Secured Amt |
|---|---|
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | |

### UNSECURED PRIORITY DEBTS

| | Amount |
|---|---|
| IRS Taxes | $2,570 |
| State Taxes | |
| Personal Property Taxes | |
| Alimony or Child Support Arrearage | |

### CO-SIGN PROTECT (Pay 100%)

| | Int.% | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See*) | | |

### GENERAL NON-PRIORITY UNSECURED

| | | Amount** |
|---|---|---|
| DMI= | None($0) | None($0) |

### PROPOSED CHAPTER 13 PLAN PAYMENT

$ **$793** per month for **60** months, then

$ N/A per month for N/A months.

Adequate Protection Payment Period: **9.64** months.

Sch D # = The number of the secued debt as listed on Schedule D.
Adequate Protection = Monthly 'Adequate Protection' payment amt.
† = May include up to 2 post-petition payments.
* Co-sign protect on all debts so designated on the filed schedules.
** = Greater of DMI x ACP or EAE
(Page 4 of 4)
Ch13Plan_MD_(DeSardi Version 1/12/10) ©LOJTO

### Other Miscellaneous Provisions
Plan to allow for 3 "waivers".

Case 11-81395  Doc 1  Filed 08/30/11  Page 36 of 77

Case 11-81395    Doc 12    Filed 09/15/11    Page 2 of 5

# CERTIFICATE OF SERVICE

I, Kaelyn McCollum, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**

/s Kaelyn McCollum
Kaelyn McCollum

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

Credit Bureau
Post Office Box 26140
Greensboro, NC 27402

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

Equifax Information Systems LLC
P.O. Box 740241
Atlanta, GA 30374-0241

Experian
P.O. Box 2002
Allen, TX 75013-2002

Trans Union Corporation
P.O. Box 2000
Crum Lynne, PA 19022-2000

ChexSystems
Attn: Consumer Relations
7805 Hudson Road, Ste. 100
Woodbury, MN 55125

Internal Revenue Service (ED)**
Post Office Box 7346
Philadelphia, PA 19101-7346

US Attorney's Office (ED)**
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

NC Department of Revenue
Post Office Box 25000
Raleigh, NC 27640-0002

Bank of America
4060 Ogletown/Stanton Road
Newark, DE 19714

Branch Banking & Trust
Post Office Box 1847
Wilson, NC 27894

Branch Banking & Trust
Loan Services
Attn: Managing Agent
Post Office Box 2306
Wilson, NC 27894

CAC Corporation
2601 NW Expressway
Suite 1000 East
Oklahoma City, OK 73112-7236

CBCS
Post Office Box 164089
Columbus, OH 43216-4089

Chase
201 North Walnut Street
Wilmington, DE 19801

CitiMortgage
Attn: Managing Agent
Post Office Box 660065
Dallas, TX 75266-0065

Department of the Treasury
Financial Management Service
Post Office Box 1686
Birmingham, AL 35201-1686

Direct TV
c/o NCO Financial
Post Office Box 4935
Trenton, NJ 08650

Fayetteville VAMC
2300 Ramsey Street
Fayetteville, NC 28301

FIA Card Services
c/o Sessoms & Rogers
Post Office Box 52508
Durham, NC 27717

GC Services
Post Office Box 1389
Copperas Cove, TX 76522-5389

GE Money Bank
Bankruptcy Dept.
Post Office Box 103104
Roswell, GA 30076-3104

Internal Revenue Service
Post Office Box 7346
Philadelphia, PA 19101-7346

Law Offices of John T. Orcutt
6616-203 Six Forks Road
Raleigh, NC 27615

Lowe's
Post Office Box 981400
El Paso, TX 79998

Midland
8875 Aero Drive
Ste 200
San Diego, CA 92123

National Finance Company
1419 South Main Street
Laurinburg, NC 28352

Security Financial Services
1549 Atkinson Street
Laurinburg, NC 28352

NC Department of Justice
for NC Department of Revenue
Post Office Box 629
Raleigh, NC 27602-0629

Trophy Financial Inc.
1301 Atkinson Street
Laurinburg, NC 28352

NC Department of Revenue
c/o Reginald S. Hinton
Post Office Box 25000
Raleigh, NC 27640-5000

US Attorney's Office
Middle District
Post Office Box 1858
Greensboro, NC 27502-1858

North Carolina Dept of Revenue
Post Office Box 1168
Raleigh, NC 27602-1168

Verizon
Post Office Box 26055
Minneapolis, MN 55426

North Carolina Employment Security
Commission
Post Office Box 26504
Raleigh, NC 27611-6504

WalMart
Post Office Box 981400
El Paso, TX 79998

Northstar Location Services
4285 Genesee Street
Buffalo, NY 14225-1943

Wells Fargo Financial
c/o Zenith Acquisitions
170 North Pointe Parkway
Suite 300
Buffalo, NY 14228

One Main Financial
Attn: Managing Agent
1333 Scotland Crossing
Laurinburg, NC 28352

Sandhills Regional Medical Center
c/o Allied Interstate
Post Office Box 361533
Columbus, OH 43236-1533

Scotland County Tax Collector
Post Office Box 488
Laurinburg, NC 28352-0488